**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     David Thompson, Individually and as next friend of B. T., a minor v.
Charles Farmer

Appellate case number:   01-15-00064-CV

Trial court case number:  2011-16031

Trial court:             334th District Court of Harris County

On January 14, 2015, appellant filed a motion to extend time to file notice of appeal. The motion is **GRANTED**. Appellant's notice of appeal is considered timely filed as of January 14, 2015.

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                    ☑ Acting individually     ☐ Acting for the Court


Date: January 29, 2015